AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>MB 26-8007 | Date and time warrant executed:<br>1/13/2026 @ 6:30A | Copy of warrant and inventory left with:<br>Sarah Canada |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: <br><br>(1) Samsung cell phone IMEI: 353-154-19-784085-15<br><br>(40) $100 USD Bills and (2) $1 USD Bills - total $4,002 | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/13/2026

_Executing officer's signature_

Colleen Finn Special Agent
_Printed name and title_